DAVID L. ANDERSON (CSBN 149604)
United States Attorney
DEBORAH STACHEL (CSBN 230138)
Regional Chief Counsel, Region IX
PATRICK WILLIAM SNYDER
Social Security Administration
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    Email: Patrick.snyder@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH MILLS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 20-cv-02333 HSG<br><br>ORDER AND SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AND ANSWER TO PLAINTIFF'S COMPLAINT |

    Defendant, Andrew Saul, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a second extension of time to file Defendant's Electronic Certified Administrative Record and Answer to Plaintiff's Complaint by December 14, 2020. The undersigned counsel for the Commissioner, has confirmed this case is being processed by the agency and, on November 10, 2020 got confirmation that the agency is actively working on this case. More time, however, is needed for the agency to respond to Plaintiff's complaint due to the COVID-19 pandemic.

    As described in the first motion for extension, in light of the global COVID-19 pandemic, SSA has taken the unprecedented step of suspending in-office services to the public:

https://www.ssa.gov/coronavirus/. For purposes of this particular case, the public health emergency pandemic has significantly impacted operations in the Social Security Administration's Office of Appellate Operations (OAO) in Falls Church, Virginia. That office is responsible for physically producing the administrative record that is required to adjudicate the case under Sections 205(g) and (h) of the Social Security Act, 42 U.S.C. § 405(g) and (h). *See* SSA Program Operations Manual System GN 03106.025.

As detailed in the attached declaration, at the end of September, OAO had more than 8,700 new court cases waiting to be processed. Additionally, OAO is focusing its efforts on processing the most aged cases and the pandemic has adversely impacted the contractors' capacity to deliver hearing transcripts. Although overall the timeframe for delivering an administrative record has improved, the backlog, prioritizing aged cases, and contractor capacity continue to cause some delays.

Given the volume of pending cases and the continued constraints, Defendant requests a second extension in which to respond to the Complaint until December 14, 2020. On November 10, 2020, Defendant contacted Plaintiff's counsel about this extension request and Plaintiff's counsel does not oppose the extension.

Respectfully submitted,

Dated: *November 12, 2020*　　　　　　　　DAVID L. ANDERSON
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　　*/s/ Patrick William Snyder*
　　　　　　　　　　　　　　　　　PATRICK WILLIAM SNYDER
　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　IT IS SO ORDERED:

　　　　　　　　　　　　　　THE HONORABLE HAYWOOD S. GILLIAM JR.
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE
　　　　　　　　　　　　　　DATE: 11/13/2020