```
DAVID L. ANDERSON (CSBN 149604)
United States Attorney
DEBORAH STACHEL (CSBN 230138)
Regional Chief Counsel, Region IX
PATRICK WILLIAM SNYDER
Social Security Administration
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8927
        Facsimile: (415) 744-0134
        Email: Patrick.snyder@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH MILLS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 20-cv-02333 HSG<br><br>STIPILATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT ; **ORDER** |

  It is stipulated, by and between Parties, that Defendant shall have an extension of time of 60 days to prepare or otherwise respond to Plaintiff's Complaint by February 12, 2021.

  There is good cause for this extension, including a new development.

  First, on December 14, 2020, the Social Security Administration (SSA) agreed to voluntary remand this case. Parties, however, have not reached an agreement on the terms of this remand, and Parties are requesting additional time to develop this issue and discuss settlement terms.

  Second, as detailed in the attached declaration, delays caused by the COVID-19 pandemic continue to affect this and other cases. The undersigned counsel for Defendant has been in continuous

contact with his client to process this case. The undersigned counsel for Defendant, however, requires more time to develop this case to answer or otherwise respond to the Complaint.

Given these issues, Parties stipulate to a 60 day extension in which Defendant will respond to Plaintiff's Complaint by February 12, 2021.

Respectfully submitted,

Dated: December 14, 2020        By: /s/ JOHN METSKER*
                                JOHN METSKER
                                Attorney for Plaintiff
                                (*as authorized by email on 12/14/20)

Dated: December 14, 2020        DAVID L. ANDERSON
                                United States Attorney

                                By: /s/ Patrick William Snyder
                                PATRICK WILLIAM SNYDER
                                Special Assistant United States Attorney
                                Attorneys for Defendant

IT IS SO ORDERED:

THE HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE
DATE: 12/15/2020