DAVID L. ANDERSON (CSBN 149604)
United States Attorney
DEBORAH STACHEL (CSBN 230138)
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER (CSBN 260690)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    Patrick.Snyder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH MILLS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No 4:20-cv-02333-HSG<br><br>**ORDER AND STIPULATION TO REMAND FOR CALCULATION OF BENEFITS PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand for calculation of underpaid benefits, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Title 2 benefits should have been paid from November 2014 to May 2015 and September 2015 to December 2015. On remand, the agency will calculate the underpayment due for the periods of December 2014 through May 2015 and September 2015 through December 2015.

    This stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g). The parties further request

that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant.

Dated: January 29, 2021         DAVID L. ANDERSON
                                United States Attorney

                          BY:   /s/ Patrick W. Snyder
                                PATRICK W. SNYDER
                                Special Assistant United States Attorney
                                Attorneys for Defendant

Dated: January 30, 2021

                          BY:   /s/ John Metsker
                                JOHN METSKER
                                (as authorized by email)
                                Attorney for Plaintiff

                                IT IS SO ORDERED:

                                _____
                                HONORABLE HAYWOOD S. GILLIAM JR.
                                UNITED STATES DISTRICT JUDGE

DATE:  2/2/2021